HARRY J. SCHUMM, Respondent, v. 25TH PROPERTIES, INC., Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the ground that no actionable negligence was proved. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of FOUAD KIAMIE, as Executor, etc., of NAJEEB KIAMIE, Deceased, to Discover Certain Property of Said Decedent Claimed to Be Withheld. FOUAD KIAMIE, as Executor, etc., of NAJEEB KIAMIE, Deceased, Respondent; COLONIAL TRUST COMPANY, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WEBSTER SMITH, Appellant, v. FLORABELLE VAN ALEN, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LOUIS POSNER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON RUFF, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

### (November 13, 1939.)

JOSEPH ROWAN and Others, Plaintiffs, Appellants, v. JOHN POSSEHL, Individually and as President of the International Union of Operating Engineers, an Unincorporated Voluntary Association of More than Seven Members, and Another, Defendants-Respondents, and WILLIAM HELMS, as an Individual and as Treasurer of Local Union No. 14 of the International Union of Operating Engineers, an Unincorporated Voluntary Association of More than Seven Members, Defendant, Respondent, Impleaded, etc.— Order unanimously modified as stated in order, and as so modified affirmed, without costs. Stay contained in order of November 4, 1939, vacated and restraining order continued pending entry and service of judgment. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

### (November 15, 1939.)

ACE WASTE MATERIALS, INC., v. MAURO G. LARUSSO and Others. NICOLA CORRADO, as Director & Secretary, etc., v. MAURO G. LARUSSO and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.